IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CHARLES ALFORD, III ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:08cv595 |
| ) | |
| MARTIN & GASS, INC., et al. ) | |
| ) | |
| Defendant ) | |

## JUDGMENT

Pursuant to the order of this Court entered on April 8, 2009 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Charles Alford, III in the amount of $11,793.60 in compensatory damages and $11,793.60 in liquidated damages, for a total award of $23,587.20.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____

Deputy Clerk

Dated: April 8, 2009

Alexandria, Virginia